**210 So.2d 505**

**STATE of Louisiana**

**v.**

**Charles H. MITCHELL.**

**No. 49288.**

June 4, 1968.

In re: Charles H. Mitchell applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writ refused. Application is premature.

■

**210 So.2d 505**

**STATE of Louisiana**

**v.**

**Timothy Lee WELLER.**

**No. 49290.**

June 4, 1968.

In re: Timothy Lee Weller applying for writs of certiorari, mandamus and prohibition.

Writs denied: This court will not interrupt or disturb the orderly procedure of a district court. In the event of a conviction this defendant will have an adequate remedy by an appeal.